NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Cross-Appellant*

---

2017-1263, -1264, -1308, -1309, -1310, -1311, -1335, -1336, -1370, -1371, -1372, -1373

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00722, IPR2015-00784, IPR2015-00787, IPR2015-00790, IPR2015-00791, and IPR2015-00800.

-------------------------------------------------------------------------------

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Cross-Appellant*

---

2017-1387, -1388, -1390, -1446, -1447, -1457, -1458

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00606, IPR2015-00758, IPR2015-00785, IPR2015-00799, and IPR2015-00801.

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Cross-Appellant*

_____

2017-1406, -1461

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00792.

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Cross-Appellant*

_____

2017-1442, -1443, -1472, -1473

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00794 and IPR2015-00795.

---

# O R D E R

The above-captioned appeals appear to be related.

We consolidate 2017-1387, -1388, -1390, -1446, -1447, 2017-1457, and 2017-1458 and thus one set of briefs should be filed for these seven appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2017-1387, -1388, -1390, -1446, -1447, 2017-1457, and 2017-1458 are consolidated for briefing. The revised official caption is reflected above. The Certified Lists are due no later than February 15, 2017.

(2) Appeals 2017-1263, -1264, -1308, -1309, -1310, -1311, -1335, -1336, -1370, -1371, -1372, -1373, appeals 2017-1442, -1443, -1472, -1473 and appeals 2017-1406, -1461 shall be considered companion cases to those consolidated cases. The appeals will be assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26